FLN (Rev. 4/2004) Deficiency Order      Page 1 of 1
3:99cr77LAC - UNITED STATES OF AMERICA vs. TYRELL L. PLAIR

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs          Case No.3:99cr77LAC

TYRELL L. PLAIR

## ORDER

Your document, **MOTION FOR CLARIFICATION**, was referred to the undersigned with the following deficiencies:

> The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service to the **Assistant U. S. Attorney's Office.**

For these reasons, IT IS ORDERED that the document shall remain in the electronic file, but no further pleadings will be accepted unless they comply with NORTHERN DISTRICT OF FLORIDA local rules.

DONE and ORDERED this 15th day of March, 2007.

         s/*L.A. Collier*
         LACEY A. COLLIER
         SENIOR UNITED STATES DISTRICT JUDGE