# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                     CASE NO. 3:99CR77 LAC

TYRELL PLAIR

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on    AUGUST 5, 2008

Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)

Filed by DEFENDANT PRO SE     on 8/4/08     Doc.# 128

RESPONSES:

                                 on          Doc.#
                                 on          Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                 Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 26th day of June, 2009, that:*

*(a) The relief requested is **DENIED.***

*(b) Defendant was sentenced to the mandatory minimum sentence of 240 months as required by law. The mandatory minimum has not been reduced.*

                                                      *s/L.A. Collier*
                                                      ***LACEY A. COLLIER***
                                         ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.