## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

 VS                   CASE NO. 3:99cr77LAC

TYRELL PLAIR

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   SEPTEMBER 16, 2008

Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)

Filed by DEFENDANT PRO SE   on 9/15/2008   Doc.# 131

RESPONSES:

             on      Doc.#
             on      Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed   ____ Consented

             WILLIAM M. McCOOL, CLERK OF COURT

             *s/Mary Maloy*

LC (1 OR 2)          Deputy Clerk: Mary Maloy

### *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 26th day of June, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) See Doc 134.*

                 *s/L.A. Collier*
                 **LACEY A. COLLIER**
            *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.