IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                          Case No.     3:99cr77/LAC

TYRELL PLAIR,
     Defendant.
_____

O R D E R

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 19, 2013. (Doc. 159). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the objections filed.

     Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now ORDERED as follows:

     1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2.     The amended motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 151) is SUMMARILY DISMISSED.

     3.     Defendant's motion (doc. 158) is DENIED as moot.

4. A certificate of appealability is DENIED.

DONE AND ORDERED this 10th day of May, 2013.

                s/*L.A. Collier*
                LACEY A. COLLIER
                SENIOR UNITED STATES DISTRICT JUDGE