# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case Nos.   3:99cr77/LAC/CJK
 3:15cv371/LAC/CJK

**TYRELL PLAIR**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 24, 2015 (doc. 169). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The motion to vacate, set aside, or correct sentence (doc. 167) is summarily **DENIED and DISMISSED**.

2. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 15th day of September, 2015.

s/_L.A. Collier_
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**